UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF ROBERT BEAR SHIELD, JERRY BEAR SHIELD SR., JERRY BEAR SHIELD JR., and JAYDEE SPOTTED ELK,<br><br>Plaintiffs,<br><br>v.<br><br>KUMHO TIRE U.S.A., INC., and KUMHO TIRE MERGER SUBSIDIARY, INC.,<br><br>Defendants. | Case No. 18-5036<br><br>**NOTICE OF APPEARANCE** |

COMES NOW, Rory King of the law firm of Bantz, Gosch & Cremer, L.L.C., and hereby enters his appearance in the above-entitled matter on behalf of Defendant Kumho Tire U.S.A., Inc. All further notices, correspondence, or pleadings regarding these proceedings should be sent to the undersigned at Bantz, Gosch & Cremer, L.L.C., 305 Sixth Avenue, S.E., P.O. Box 970, Aberdeen, South Dakota 57402-0970.

Dated this 20th day of July, 2018.

BANTZ, GOSCH & CREMER, L.L.C.

*/s/ Rory King*
Attorney for Defendant Kumho Tire U.S.A., Inc.
305 Sixth Avenue SE; P.O. Box 970
Aberdeen, SD 57402-0970
605-225-2232
605-225-2497 (fax)
rking@bantzlaw.com