UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| BRIGITTE JAHNER, as personal representative of the Estate of Robert Bear Shield, JERRY BEAR SHIELD SR., JERRY BEAR SHIELD JR., JAYDEE SPOTTED ELK, AMERICAN ZURICH INSURANCE COMPANY and HEAVY CONSTRUCTORS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KUMHO TIRE U.S.A., INC., KUMHO TIRE MERGER SUBSIDIARY, INC., KUMHO TIRE CO. INC., and KUMHO TIRE (VIETNAM) CO., LTD., <br><br> Defendants. | CIV. 18-5036-JLV <br><br> ORDER |

On December 9, 2020, plaintiff moved the court for leave to file an amended complaint pursuant to Fed. R. Civ. P. 15(a)(2) and D.S.D. Civ. LR 15.1. (Docket 137). Defendant Kumho Tire Co., Inc. does not oppose the motion. Good cause appearing, it is

ORDERED that plaintiff's motion (Docket 137) is granted and plaintiff shall file its amended complaint on or before **January 15, 2021**.

Dated January 5, 2021.

                BY THE COURT:

                /s/ *Jeffrey L. Viken*
                JEFFREY L. VIKEN
                UNITED STATES DISTRICT JUDGE