UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| BRIGITTE JAHNER, as personal representative of the Estate of Robert Bear Shield, JERRY BEAR SHIELD SR., JERRY BEAR SHIELD JR., JAYDEE SPOTTED ELK, AMERICAN ZURICH INSURANCE COMPANY and HEAVY CONSTRUCTORS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KUMHO TIRE U.S.A., INC., KUMHO TIRE MERGER SUBSIDIARY, INC., KUMHO TIRE CO. INC., and KUMHO TIRE (VIETNAM) CO., LTD., <br><br> Defendants. | CIV. 18-5036-JLV <br><br> JUDGMENT OF DISMISSAL |

Pursuant to the parties' stipulation for dismissal (Docket 150), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and with each party bearing its own attorneys' fees and costs.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

Dated August 19, 2021.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE